IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HENRY KIDD,                          :        CIVIL ACTION
            Petitioner              :
                                    :
    v.                              :
                                    :
WILLIAM J. WOLFE, et al.,           :        NO. 02-3549
            Respondents             :


**O R D E R**

AND NOW, this          day of November, 2002, upon consideration of

Petitioner's motion in opposition of Respondents' motion for enlargement of time in which to

file a response (Document #14), IT IS ORDERED that the motion is DENIED AS MOOT.



BY THE COURT:



_____
LINDA K. CARACAPPA
U.S. MAGISTRATE JUDGE